IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
FORT LAUDERDALE

CASE NO. 11-CV-62661-JIC

LILA LEVY,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

    Defendant.
_____/

## MEDIATOR'S REPORT

This matter was mediated by all parties, before me the undersigned Mediator on the 24th day of April, 2012.

    The parties have negotiated in good faith, but have rendered an impasse.

Each party shall bear their respective attorney's fees and costs. All matters raised at the conference remain privileged, unless otherwise agreed to by all parties.

    Dated this _2_ day of _May_, 2012.

_____
JAY SPECHLER, MEDIATOR