IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-CV-62661-COHN/SELTZER

LILA LEVY,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC.

    Defendant.
_____/

### STIPULATION AND FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties has been made. It is therefore,

**STIPULATED AND AGREED** by and between the parties that the above cause may be dismissed with prejudice, each party to bear its own costs, and all liens, claims and subrogated interests are to be paid by the Plaintiff out of the settlement proceeds, and the Defendant is hereby discharged from any further responsibility with respect to such liens, claims and subrogated interests.

DATED this on _May 24, 2012_.

| | |
|---|---|
| Schwed, Knight & Adams, P.A. | Lewis Brisbois Bisgaard & Smith LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 7111 Fairway Drive | 200 SW 1st Avenue, Suite 910 |
| Suite 105 | Fort Lauderdale, FL 33301 |
| Palm Beach Gardens, FL 33418 | Telephone Phone: 954-728-1280 |
| Telephone: 561-694-6079 | Facsimile: 954-728-1282 |
| Facsimile: 561-694-6089 | jmowers@llblaw.com |
| sshwed@schwedlawfirm.com | |
| BY: _/s/ Stephen W. Schwed_ | BY: _/s/ Jeffrey A. Mowers_ |
| STEPHEN W. SCHWED | JEFFREY A. MOWERS |
| FBN: 436755 | FBN: 508240 |

4819-3453-1855.1