UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62661-CIV-COHN/SELTZER

LILA LEVY,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 24].  The Court being informed that the parties have settled this action, it is **ORDERED AND ADJUDGED** that the parties' Stipulation of Dismissal with Prejudice [DE 24] is hereby **GRANTED**.  The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.  In accordance with the parties' stipulation, all liens or claims against the proceeds of the settlement and all subrogated interests shall be paid by Plaintiff out of the settlement proceeds, and Defendant is hereby discharged from any further responsibility with respect to such liens, claims, and subrogated interests.  The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of May, 2012.

_____
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF